Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Linda Louise Vaughan | § | CASE NO. 08-70273-HDH-13 |
| | § | |
| DEBTOR | § | Hearing on 8/24/2011 |
| | § | 10:00 AM |

NOTICE OF HEARING
ON MOTION TO MODIFY TERM OF CHAPTER 13 PLAN AFTER CONFIRMATION

On 8/24/2011, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 208, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the Motion to Modify Term of Chapter 13 Plan After Confirmation , will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on June 30, 2011, a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

```
Label Matrix for local noticing          1100 Commerce Street                  (p)CAPITAL ONE
0539-7                                    Room 1254                             PO BOX 30285
Case 08-70273-hdh13                       Dallas, TX 75242-1305                 SALT LAKE CITY UT 84130-0285
Northern District of Texas
Wichita Falls
Tue Jun 28 10:00:32 CDT 2011

Chase                                     Chase Bank USA, N.A.                  Debt Reduction America
Attn: Bankruptcy Dept                     MS 550                                3291 N. Buffalo, Ste 9
PO Box 100018                             PO Box 91121                          Las Vegas, NV 89129-7437
Kennesaw, GA 30156-9204                   Seattle, WA 98111-9221


ECAST Settlement Corporation              GEMB - Walmart                        HSBC Bank Nevada and its Assigns
POB 35480                                 Attention:  Bankruptcy                by eCAST Settlement Corporation
Newark, NJ 07193-5480                     PO Box 103106                         as its agent
                                          Roswell, GA 30076-9106                POB 35480
                                                                                Newark NJ 07193-5480

Hsbc Bank                                 (p)INTERNAL REVENUE SERVICE           JC Penney
Po Box 5253                               CENTRALIZED INSOLVENCY OPERATIONS     Attention:  Bankruptcy Department
Carol Stream, IL 60197-5253               PO BOX 7346                           PO Box 103106
                                          PHILADELPHIA PA 19101-7346            Roswell, GA 30076-9106


LVNV Funding LLC its successors and assigns    PRA  Receivables Management LLC  (p)PORTFOLIO RECOVERY ASSOCIATES LLC
assignee of Washington Mutual             PO Box 41067                          PO BOX 41067
Resurgent Capital Services                Norfolk, VA 23541-1067                NORFOLK VA 23541-1067
PO Box 10587
Greenville, SC 29603-0587

Recovery Management Systems Corporation   Recovery Management Systems Corporation   Roundup Funding, LLC
For GE Money Bank                         For GE Money Bank                     MS 550
dba JCPENNEY CREDIT SERVICES              dba WALMART                           PO Box 91121
25 SE 2nd Ave Ste 1120                    25 SE 2nd Ave Ste 1120                Seattle, WA 98111-9221
Miami FL 33131-1605                       Miami FL 33131-1605

(p)CHASE CARD SERVICES                    Wells Fargo                           Wells Fargo
201 NORTH WALNUT STREET                   Attn: Collection Servicing, 1st Floor, M   Po Box 29704
ATTN MARK PASCALE                         1 Home Campus                         Phoenix, AZ 85038-9704
MAIL STOP DE1-1406                        Des Moines, IA 50328-0001
WILMINGTON DE 19801-2920

Wells Fargo Bank, N.A.                    Wells Fargo Financial                 Wells Fargo Financial Bank
Attn: Mac F6582-034                       4137 121st St.                        Attn: Payment Processing
PO Box 500                                Urbandale, IA 50323-2310              PO BOX 14487
Chester, PA 19016-0500                                                          Des Moines IA 50306-3487


Western Shamrock Corporation              Wfnnb-bealls                          eCAST Settlement Corporation assignee of
Attention:  Bankruptcy                    Po Box 2974                           Capital One Bank
801 S Abe St                              Mission, KS 66201-1374                POB 35480
San Angelo, TX 76903-6735                                                       Newark NJ 07193-5480


Linda Louise Vaughan                      Monte J. White                        UST U.S. Trustee
1428 Ave C                                Monte J. White & Associates, P.C.     1100 Commerce Street
Graham, TX 76450-2328                     1106 Brook Avenue                     Room 976
                                          Wichita Falls, TX 76301-5009          Dallas, TX 75242-1011
```

```
Walter 12,13 Ocheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank                    IRS Special Procedures              Portfolio Recovery Associates, LLC
Attn: CO TSYS Debt Management       1100 Commerce St., Room 951         PO Box 41067
PO Box 5155                         Mail Stop 5029 DAL                  Norfolk VA 23451
Norcross, GA 30091                  Dallas, TX 75246


(d)Portfolio Recovery Associates, LLC    Wash Mutual-providian
POB 41067                                Po Box 9180
Norfolk, VA 23541                        Pleasanton, CA 94566
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)eCAST Settlement Corporation     End of Label Matrix
POB 35480                           Mailable recipients   30
Newark NJ 07193-5480                Bypassed recipients    1
                                    Total                 31
```